NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

NO. 04-0593

STATE OF LOUISIANA

VERSUS

NOLAN JOSEPH ABSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
THIRTY-EIGHTH JUDICIAL DISTRICT COURT,
PARISH OF CAMERON, NO. 90893-95 & NO. 92103-04,
HONORABLE H. WARD FONTENOT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Glenn B. Gremillion, and Billy H. Ezell, Judges.

AFFIRMED.

Edward Kelly Bauman
Louisiana Appellate Project
Post Office Box 1641
Lake Charles, LA 70602
COUNSEL FOR DEFENDANT/APPELLANT:
        Nolan Joseph Abshire

Jennifer Jones, ADA
District Attorney's Office
38th Judicial District
Post Office Box 280
Cameron, LA 70631